# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LINDA BRYDEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:15-cv-01457 |
| vs. | ) | |
| | ) | |
| GENERAL MOTORS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## **MOTION TO DISMISS**

NOW COMES the Plaintiff, LINDA BRYDEN, by and through her attorneys, RUBIN, MACHADO & ROSENBLUM LTD., and moves this Honorable Court to dismiss the above captioned matter.

Respectfully submitted,

/s/ Richard J. Rosenblum
By: Richard J. Rosenblum
RUBIN MACHADO & ROSENBLUM, LTD.
Attorneys for Plaintiff
225 W. Washington #1600
Chicago, Illinois 60606
(312) 327-1840