UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Linda Bryden
                    Plaintiff,

v.                                              Case No.: 1:15–cv–01457
                                                Honorable Elaine E. Bucklo

General Motors LLC
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 15, 2016:

    MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's Motion to dismiss [15] is granted. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.